# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2025-1611
Lower Tribunal No. 2023-DR-000264

———————————————

F. E.,

Appellant,

v.

T. H.,

Appellee.

———————————————

Appeal from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

November 21, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WOZNIAK, MIZE and GANNAM, JJ., concur.


F. E., Lake Placid, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED